# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY GRABER,<br>            Plaintiff,<br>    v.<br>POLICE INSPECTOR<br>JOEL DALES, *et al.*,<br>            Defendants. | CIVIL ACTION NO. 18-3168 |

## ORDER

**AND NOW**, this 30th day of September 2019, upon consideration Defendant's Motion to Dismiss [Doc. No. 8] and the response and reply thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED in part and DENIED in part**. The Motion is **GRANTED** as to all claims against Defendant Boresky in his official capacity, as well as the First Amendment and civil conspiracy claims against Defendant Boresky in his personal capacity. The Motion is **DENIED** as to the Fourth Amendment claim against Defendant Boresky in his personal capacity.

It is further **ORDERED** that Plaintiff may file an amended Complaint by **October 14, 2019**. If Plaintiff does not file an amended Complaint, Defendant shall answer the Complaint by **October 28, 2019**.

It is so **ORDERED.**

                                                BY THE COURT:

                                                /s/ Cynthia M. Rufe
                                                _____
                                                **CYNTHIA M. RUFE, J.**