# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEREMY GRABER** <br>        **Plaintiff,** <br> **v.** <br> **SPECIAL AGENT MICHAEL BORESKY** <br>        Defendant. | **CIVIL ACTION NO. 18-3168** |

# ORDER

**AND NOW,** this 22nd day of August 2025, upon consideration of Defendant Special Agent Michael Boresky's Renewed Motion for Summary Judgment and the responses thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion [Doc. No. 104] is **GRANTED**. The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

                                                        **BY THE COURT:**

                                                        **/s/ Cynthia M. Rufe**
                                                        _____
                                                        **CYNTHIA M. RUFE, J.**